**Dismissed w.o.j. and Opinion Filed December 10, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-24-01362-CV**

**SAM C. TAMBORELLO, Appellant**
**V.**
**DR. PAMELIA SHAWN ASHLEY, Appellee**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-24-09906**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Goldstein, and Miskel
Opinion by Justice Partida-Kipness

Before the Court is appellee's November 26, 2024 motion to dismiss for lack of jurisdiction. Over ten days have passed since appellee filed her motion to dismiss, and appellant has not filed any response. After reviewing the motion and the clerk's record, we agree that this Court lacks jurisdiction over this appeal.

Appellant originally filed a notice of appeal from the trial court's October 29, 2024 order granting appellee's motion to dismiss with prejudice under section 801.3585 of the Texas Occupations Code. Generally, an appeal may be taken only from a final judgment or order that disposes of all parties and claims or from

interlocutory orders if allowed by statute. *Jack B. Anglin Co., Inc. v. Tipps*, 842 S.W.2d 266, 272 (Tex. 1992). This order, however, disposes of only appellant's claims against one party. Moreover, it appears that while appellant's claims against the other parties have been disposed of separately, the other parties have outstanding claims for attorney's fees against appellant. Therefore, we conclude the October 29, 2024 order is not a final judgment. *See id.* We also conclude the order is not an appealable interlocutory order. *See* TEX. CIV. PRAC. & REM. CODE § 51.014(a); *see also* TEX. OCC. CODE § 801.3585.

Appellant also filed an amended notice of appeal to include the October 25, 2024 order denying his motion to recuse. However, such an order is reviewable only for abuse of discretion on appeal from the final judgment. *See* TEX. R. CIV. P. 18a(j)(1)(A). Because a final judgment has not been rendered, we conclude that we lack jurisdiction over this appeal.

Accordingly, we grant appellee's motion and dismiss the appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

241362f.p05

/Robbie Partida-Kipness//
ROBBIE PARTIDA-KIPNESS
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

SAM C. TAMBORELLO, Appellant

No. 05-24-01362-CV      V.

DR. PAMELIA SHAWN ASHLEY,
Appellee

On Appeal from the 191st Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-24-09906.
Opinion delivered by Justice Partida-
Kipness. Justices Goldstein and
Miskel participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED** for want of jurisdiction.

It is **ORDERED** that appellee DR. PAMELIA SHAWN ASHLEY recover her costs of this appeal from appellant SAM C. TAMBORELLO.

Judgment entered this 10th day of December, 2024.